UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-62251-RAR

HOWARD COHAN,

    Plaintiff,

vs.

LORD SHEBA INVESTMENT GROUP, INC.
a Florida Profit Corporation d/b/a DUNKIN DONUTS,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, and Defendant, LORD SHEBA INVESTMENT GROUP, INC. d/b/a DUNKIN DONUTS, by and through their respective counsel, hereby advise this Court that the parties have settled in principle. The parties request 14 days to finalize settlement and file the appropriate paperwork with the Court.

Respectfully submitted on January 10, 2023.

| | |
|---|---|
| **By: /s/ Gregpry S. Sconzo** | **/s/Alex B.C. Ershock** |
| Gregory S. Sconzo, Esq. | Alex B.C. Ershock, Esq. |
| Florida Bar No.: 0105553 | Fla. Bar No. 100220 |
| Email: greg@sconzolawoffice.com | E-Mail: ABE@PBL-Law.com |
| | Daniel R. Levine, Esq. |
| Samantha L. Simpson, Esq. | Fla. Bar No. 0057861 |
| Florida Bar No.: 1010423 | E-Mail: DRL@PBL-Law.com |
| Email: samantha@sconzolawoffice.com | |
| | **PADULA BENNARDO LEVINE, LLP** |
| **SCONZO LAW OFFICE, P.A.** | 3837 NW Boca Raton Blvd. |
| 3825 PGA Boulevard, Suite 207 | Suite 200 |
| Palm Beach Gardens, FL 33410 | Boca Raton, FL 33431 |
| Telephone: (561) 729-0940 | Telephone: (561) 544-8900 |
| *Attorneys for Plaintiff* | *Counsel for Defendant* |