UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-62251-RAR

**HOWARD COHAN**,

    Plaintiff,

v.

**LORD SHEBA INVESTMENT GROUP, INC.**,
*a Florida Profit Corporation d/b/a Dunkin Donuts/Baskin Robbins*,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 14] ("Stipulation"), filed on January 25, 2023. The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own attorneys' fees and costs, except as otherwise provided in the parties' Settlement Agreement. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 25th day of January, 2023.

                                                _____
                                                **RODOLFO A. RUIZ II**
                                                **UNITED STATES DISTRICT JUDGE**